UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. 08-44-SLR |
| | ) | |
| BRYANT K. ERVIN, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

The defendant, upon entering a plea of not guilty to the Indictment on **MARCH 20TH, 2008** requested, through counsel, additional time to file pretrial motions. The Court having considered the request, it is **ORDERED** that the deadline for the defendant to file pretrial motions is extended until *April 20, 2008*. The time between the date of this order and *April 20, 2008* shall be excludable under the Speedy Trial Act ( 18 U.S.C.3161,et seq.).

                                                          **Honorable Leonard P. Stark**
                                                          **U.S. Magistrate Judge**

cc: Defense Counsel
    United States Attorney