IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Crim. No. 08-44-SLR |
| BRYANT K. ERVIN, | ) ) ) |
| Defendant. | ) |

ORDER

At Wilmington this 19th day of August, 2008;

IT IS ORDERED that the sentencing scheduled for **September 9, 2008** is **rescheduled** to commence on **Tuesday, September 16, 2008** at **5:00 p.m.** in courtroom No. 6B, on the sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

United States District Judge